IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| E. EDWARD ZIMMERMAN, D/B/A THE FIRM, | : : : : : : : : | CIVIL ACTION |
| v. |  |  |
| DOYLESTOWN BOROUGH, *ET AL.* |  | No. 20-4090 |

### ORDER

**AND NOW**, this 22nd day of July, 2021, upon consideration of Defendant, Doylestown Borough's "Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)" (ECF No. 11), Plaintiff's responses (ECF Nos. 13, 14), the Commonwealth of Pennsylvania's "Motion to Dismiss All Claims Against It" (ECF No. 12), Plaintiff's response (ECF No. 15), Plaintiff's "Civil Motion to Show Civil Cause for Civil Deprivation of My Civil Rights Under Color of Civil Law and Malicious Abuse of the Civil Process" (ECF No. 16), Doylestown Borough's response (ECF No. 17), the Commonwealth's response (ECF No. 18), Plaintiff's reply (ECF No. 19), and Plaintiff's "Motion to Amend Plaintiff's Civil Motion to Show Civil Cause for Civil Deprivation of My Civil Rights Under Color of Civil Law and Civil Malicious Abuse of the Civil Process" (ECF No. 21), and for the reasons set forth in my accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Doylestown Borough's Motion to Dismiss (ECF No. 11) is **GRANTED**. Accordingly, Plaintiff's claims against Doylestown Borough are **DISMISSED with prejudice**.

2. The Commonwealth's Motion to Dismiss (ECF No. 12) is **GRANTED**. Accordingly, Plaintiff's claims against the Commonwealth are **DISMISSED with prejudice**.

3. Plaintiff's Civil Motion to Show Cause (ECF No. 16) and Motion to Amend (ECF No. 21) are **DENIED as moot**.

4. The Clerk of Court is directed to mark this action **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**